**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 205 EAL 2020

          Respondent                    :

                                      :    Petition for Allowance of Appeal
                                      :    from the Order of the Superior Court

          v.                                 :

                                        :

JESUS GARCIA,                        :

          Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.